# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Khaled Saffuri**

vs.

Civil Action No. **19-3005**

Defendant: **Al Arabiya, et al**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __11__ day of __May__ 20__23__, that

Plaintiff Khaled Saffuri

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgment of this court entered on the __8__ day of __May__, 20__23__, in

favor of Defendant Al Arabiya

against said Plaintiff Khaled Saffuri

Attorney/Pro Se Party Signature: *Bruce Fe* (signature)

Name: Bruce Fein

Address: 300 New Jersey Avenue, N.W. Suiite 900,

Washington, D.C. 20001

Telephone: (202) 465-8728

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017